**BOND RECOMMENDATION: Detention**
AO 442 (Rev.5/85) Warrant for Arrest

JMC/pf


RECEIVED
U.S. MARSHAL
2012 MAR 15 AM 8:28
MID. DIST. OF FLORIDA
FT MYERS

# United States District Court

### MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

ADRIAN PEREZ

**WARRANT FOR ARREST**

CASE NUMBER: 2:12-cr-42-FtM-99DNF

**To: The United States Marshal**
   **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ADRIAN PEREZ and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him with conspiracy to commit mail fraud and health care fraud, aiding and abetting health care fraud, and aiding and abetting mail fraud.

In violation of Title 18, United States Code, Sections 1341, 1347, 1349 and 2.

| Sheryl L. Loesch | Clerk, United States District Court |
|---|---|
| Name & Title of Judicial Officer | Title of Issuing Officer |
| Signature of Issuing Officer / (By) Deputy Clerk | 3/14/12   Ft. Myers, Fl<br>Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Officer

2012 MAR 23 PM 12:31
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA
FILED

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED<br>3-15-12 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>3-21-12 | P. Andujar  PUSM | |