UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:12-cr-42-FtM-29DNF

ADRIAN PEREZ

## SPECIAL VERDICT OF FORFEITURE

We, the Jury, having found defendant Adrian Perez guilty of any or all of Counts One through Ten of the Indictment, hereby find as follows:

1. We, the Jury, find the defendant obtained at least $350,000.00 as a result of the conspiracy to commit mail fraud and health care fraud, as charged in Count One of the Indictment, in violation of 18 U.S.C. § 1349, for which he was convicted:

   Yes _____    No _____

   If no, then how much did the defendant obtain as a result of the conspiracy to commit mail fraud and health care fraud, as charged in Count One of the Indictment, in violation of 18 U.S.C. § 1349, for which he was convicted?

   $ _____

2. We, the Jury, find the defendant obtained at least $350,000.00 as a result of the health care fraud scheme, as charged in Count Two of the Indictment, in violation of 18 U.S.C. § 1347, for which he was convicted:

   Yes _____    No _____

> If no, then how much did the defendant obtain as a result of the health care fraud, as charged in Count Two of the Indictment, in violation of 18 U.S.C. § 1347, for which he was convicted?
>
> $ _____

3. We, the Jury, find the defendant obtained at least $350,000.00 as a result of the health care fraud scheme, as charged in Count Three of the Indictment, in violation of 18 U.S.C. § 1347, for which he was convicted:

    Yes _____          No _____

    If no, then how much did the defendant obtain as a result of the health care fraud, as charged in Count Three of the Indictment, in violation of 18 U.S.C. § 1347, for which he was convicted?

    $ _____

4. We, the Jury, find the defendant obtained at least $350,000.00 as a result of the health care fraud scheme, as charged in Count Four of the Indictment, in violation of 18 U.S.C. § 1347, for which he was convicted:

    Yes _____          No _____

    If no, then how much did the defendant obtain as a result of the health care fraud, as charged in Count Four of the Indictment, in violation of 18 U.S.C. § 1347, for which he was convicted?

    $ _____

5. We, the Jury, find the defendant obtained at least $350,000.00 as a result of the health care fraud scheme, as charged in Count Five of the Indictment, in violation of 18 U.S.C. § 1347, for which he was convicted:

   Yes _____     No _____

   If no, then how much did the defendant obtain as a result of the health care fraud, as charged in Count Five of the Indictment, in violation of 18 U.S.C. § 1347, for which he was convicted?

   $ _____

6. We, the Jury, find the defendant obtained at least $350,000.00 as a result of the health care fraud scheme, as charged in Count Six of the Indictment, in violation of 18 U.S.C. § 1347, for which he was convicted:

   Yes _____     No _____

   If no, then how much did the defendant obtain as a result of the health care fraud, as charged in Count Six of the Indictment, in violation of 18 U.S.C. § 1347, for which he was convicted?

   $ _____

7. We, the Jury, find the defendant obtained at least $350,000.00 as a result of the mail fraud scheme, as charged in Count Seven of the Indictment, in violation of 18 U.S.C. § 1341, for which he was convicted:

   Yes _____     No _____

3

          If no, then how much did the defendant obtain as a result of the mail fraud, as charged in Count Seven of the Indictment, in violation of 18 U.S.C. § 1341, for which he was convicted?

          $ _____

8.    We, the Jury, find the defendant obtained at least $350,000.00 as a result of the mail fraud scheme, as charged in Count Eight of the Indictment, in violation of 18 U.S.C. § 1341, for which he was convicted:

          Yes _____          No _____

          If no, then how much did the defendant obtain as a result of the mail fraud, as charged in Count Eight of the Indictment, in violation of 18 U.S.C. § 1341, for which he was convicted?

          $ _____

9.    We, the Jury, find the defendant obtained at least $350,000.00 as a result of the mail fraud scheme, as charged in Count Nine of the Indictment, in violation of 18 U.S.C. § 1341, for which he was convicted:

          Yes _____          No _____

          If no, then how much did the defendant obtain as a result of the mail fraud, as charged in Count Nine of the Indictment, in violation of 18 U.S.C. § 1341, for which he was convicted?

          $ _____

10. We, the Jury, find the defendant obtained at least $350,000.00 as a result of the mail fraud scheme, as charged in Count Ten of the Indictment, in violation of 18 U.S.C. § 1341, for which he was convicted:

Yes _____     No _____

If no, then how much did the defendant obtain as a result of the mail fraud, as charged in Count Ten of the Indictment, in violation of 18 U.S.C. § 1341, for which he was convicted?

$ _____

SO SAY WE ALL:

_____     _____
FOREPERSON                                        DATE