UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,       __
        Government <u>X</u>

v.                        Case No.  2:12-cr-42-FtM-29DNF

ABEL DE JESUS PEREZ,
FRANCISCO HUICI FERNANDEZ, and     __   Evidentiary
ADRIAN PEREZ               <u>X</u>   Trial
                           __   Other

        Defendant   __

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1 | | DEC 5 2012 | Joshua Silko | Certified State of Florida Corporate Documents for C & A Family Rehab Center Inc. |
| | | | | |
| 1A | | DEC 6 2012 | John Johnson | Interior/Exterior Photographs of C & A Family Rehab Center Inc. |
| | | | | |
| 2 | | DEC 5 2012 | Joshua Silko; Victor Chica; John Howes; Rafael Garcia | Certified Florida DMV Photographs of Abel de Jesus Perez, Alexander Gonzalez, William Hall, Victor Caballero, Adrian Perez, Marylda Santana, Tania Puron |
| | | | | |
| 3 | | DEC 5 2012 | Joshua Silko | Certified State of Florida Corporate Documents for Abel Perez Trucking Corp. |
| | | | | |
| 4 | | DEC 5 2012 | Joshua Silko | Certified State of Florida Corporate Documents for All Green Light Inc. |
| | | | | |
| 5 | | DEC 5 2012 | Joshua Silko ; Brian Tucker | Certified Capital Bank records, bank account #xxxxxxxx1706, for C & A Family Rehab Center Inc. |
| | | | | |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 6 | | DEC 1 0 2012 | Brian Tucker | Summary Chart - Capital Bank Records for C & A Family Rehab Center Inc. (2011) |
| 6A | | DEC 1 0 2012 | Brian Tucker | Summary Chart - Summary Chart - Capital Bank Records for C & A Family Rehab Center Inc. (October 2011) |
| 6B | | DEC 1 0 2012 | Brian Tucker | Summary Chart - Summary Chart - Capital Bank Records for C & A Family Rehab Center Inc. (November 2011) |
| 6C | | DEC 1 0 2012 | Brian Tucker | Summary Chart - Summary Chart - Capital Bank Records for C & A Family Rehab Center Inc. (December 2011) |
| 7 | | | Brian Tucker | Certified Records of FDIC related to Capital Bank, formerly known as TIB |
| 8 | | DEC 5 2012 | Brian Tucker | Certified Capital Bank records, bank account #xxxxxxxx5618, for Abel Perez Trucking Corp. (Savings Account) |
| 8A | | DEC 5 2012 | Brian Tucker | Certified Capital Bank records, bank account #xxxxxxxx5618, for Abel Perez Trucking Corp. (Checking Account) |
| 9 | | DEC 7 2012 | Dean Rogers ; Nicholas Menster | Records of State Farm Automobile Insurance Company related to claims for Patient John Thomas |
| 10 | | DEC 7 2012 | Dean Rogers ; Nicholas Menster | Records of State Farm Automobile Insurance Company related to claims for Patient Rafael Monzon |
| 11 | | DEC 1 0 2012 | Nicholas Menster; Joshua Silko | Summary Chart State Farm Billing for John Thomas and Rafael Monzon |

EXHIBIT LIST

Case Number:      2:12-cr-42-FtM-29DNF                                    Page 3 of 7 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 12 | DEC 6 2012 | | John Johnson | C & A Patient File for John Thomas recovered during search warrant at C & A Family Rehab Center Inc. |
| 13 | DEC 6 2012 | | John Johnson | C & A Patient File for Rafael Monzon recovered during search warrant at C & A Family Rehab Center Inc. |
| 14 | DEC 6 2012 | | John Johnson | C & A Patient File for Tashanda Miller recovered during search warrant at C & A Family Rehab Center Inc. |
| 15 | DEC 6 2012 | | John Johnson; Joshua Silko | Summary Chart - C & A Patient File Names and Numbers |
| 16 | DEC 5 2012 | | Victor Chica | August 15, 2011 Video Recording of Meeting between UC 1 & 2 and Francisco Huici |
| 17 | DEC 5 2012 | | Victor Chica | Transcript of Video recording of August 15, 2011 meeting with Francisco Huici |
| 18 | | | Joshua Silko | Certified State of Florida corporate documents for Professional Start Service Inc. |
| 19 | DEC 6 2012 | | John Johnson | USPS mailing receipts recovered during search warrant at C & A Family Rehab Center Inc. |
| 20 | DEC 5 2012 | | Victor Chica | September 14, 2011 Video Recording of Meeting between UC 1 and Francisco Huici |
| 20A | DEC 5 2012 | | Victor Chica | Transcript of September 14, 2011 Video Recording of Meeting between UC 1 and Francisco Huici |

| | | | | |
|---|---|---|---|---|
| [illegible] | [illegible] | DEC 6 2012 | | |
| [illegible] | [illegible] | DEC 6 2012 | | |
| [illegible] | [illegible] | DEC 6 2012 | | |
| [illegible] | [illegible] | DEC 6 2012 | | |
| [illegible] | [illegible] | DEC 5 2012 | | |
| [illegible] | [illegible] | DEC 5 2012 | | |
| [illegible] | [illegible] | | | |
| [illegible] | [illegible] | DEC 6 2012 | | |
| [illegible] | [illegible] | DEC 5 2012 | | |
| [illegible] | [illegible] | DEC 5 2012 | | |

Case Number:     2:12-cr-42-FtM-29DNF                          Page 4 of 7 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 21 | DEC 6 2012 | | Victor Chica | September 16, 2011 Video Recording of meeting with Francisco Huici |
| 21A | DEC 6 2012 | | Victor Chica | Transcript of video recording of September 16, 2011 meeting with Francisco Huici |
| 22 | | | Victor Chica | Recordings of telephonic communications between UC 1 and Abel de Jesus Perez |
| 23 | | | Victor Chica | Transcripts of recordings of telephonic communications between UC 1 and Abel de Jesus Perez |
| 24 | DEC 6 2012 | | Victor Chica | January 24, 2012  recording of meeting between UC 1 and Abel de Jesus Perez |
| 25 | DEC 6 2012 | | Victor Chica | Transcript of January 24, 2012 meeting  with Abel de Jesus Perez |
| 26 | | | Victor Chica | February 16, 2012  recording of meeting between UC 1 and Abel de Jesus Perez |
| 27 | | | Victor Chica | Transcript of February 16, 2012 meeting with Abel de Jesus Perez |
| 28 | DEC 6 2012 | | Joshua Silko | Recorded Post-Miranda Statement of Adrian Perez |
| 29 | DEC 6 2012 | | Joshua Silko | Transcript of Recorded Post-Miranda Statement of Adrian Perez |

Case Number:     2:12-cr-42-FtM-29DNF                        Page 5 of 7 Pages

## EXHIBIT LIST - Continuation Sheet

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 30 | | DEC 6 2012 | Paul Kaye; John Thurling | Composition notebook recovered during search warrant at 1624 SE 8th Terrace |
| | | | | |
| 31 | | DEC 6 2012 | John Johnson | All Green Light Incorporation Documents recovered during search warrant at C & A Family Rehab Center Inc. |
| | | | | |
| 32 | | DEC 6 2012 | John Johnson | C & A Check register recovered during search warrant at C & A Family Rehab Center Inc. |
| | | | | |
| 33 | | DEC 6 2012 | John Johnson | C & A Monthly Report Log recovered during search warrant at C & A Family Rehab Center Inc. |
| | | | | |
| 34 | | DEC 6 2012 | John Johnson | TIB Bank Check Register for C & A recovered during search warrant at C & A Family Rehab Center Inc. |
| | | | | |
| 35 | | DEC 6 2012 | John Johnson | Manila folder labeled insurances and codes recovered during search warrant at C & A Family Rehab Center Inc. |
| 36 | DEC 6 2012 | | " | $600 US Currency |
| 37 | DEC 6 2012 | | " | $4,350 " |
| 38 | DEC 6 2012 | | " | $3,650 " |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Case Number:        2:12-cr-42-FtM-29DNF                              Page 6 of 7 Pages

**EXHIBIT LIST - Continuation Sheet**

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Case Number:      2:12-cr-42-FtM-29DNF                              Page 7 of 7 Pages

**EXHIBIT LIST - Continuation Sheet**