AO 442  (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Middle District of Florida

**FILED** 2013 JUN 20 AM 8:37
U.S. DISTRICT COURT
DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

V.

Adrian Perez

**WARRANT FOR ARREST**

Case Number: 2:12-cr-42-FtM-29DNF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Adrian Perez__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- ☐ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Order of court
- ☐ Pretrial Release Violation Petition
- ☒ Probation Violation Petition
- ☐ Supervised Release Violation
- ☐ Violation Notice

charging him with (brief description of offense)

See attached Petition.

2013 JUN 19 AM 8:39 RECEIVED U.S. MARSHAL

Sheryl L. Loesch
Clerk of Court
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

6/18/13 Ft. Myers FL
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-19-13 | LEELUND E. BOWMAN | Leelund E. Bowman |
| DATE OF ARREST | DEPUTY US MARSHAL | |
| 6-19-13 | | |